■ GOTTLIEB CONTRACTING, INC., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 34461.) — Judgment unanimously affirmed, without

costs of this appeal to either party. (Appeal from judgment of Court of Claims dismissing a claim.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ. [22 Misc 2d 228.]